**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| JERRI L. TUCKER-WIGHT, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case 5:21-cv-00467-GTS-TWD |
| | ) | |
| v. | ) | |
| | ) | Glenn T. Suddaby |
| KILOLO KIJAKAZI,[1] | ) | United States District Judge |
| Acting Commissioner of the | ) | |
| Social Security Administration | ) | Stipulation – Document Filed Electronically |
| | ) | |
| *Defendant*. | ) | May 5, 2022 |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action

be remanded to the Commissioner for further administrative proceedings pursuant to the fourth

sentence of 42 U.S.C. § 405(g).  Upon remand, Plaintiff will be given the opportunity for a de

novo hearing and a new decision will be issued. The parties consent to the entry of judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Jerri L. Tucker-Wight, |
| By Her Attorneys | By Her Attorney |
| | |
| Carla B. Freedman, | |
| United States Attorney | |
| | |
| */s/ Jessica Richards* | */s/ Howard D. Olinsky*[2] |
| Jessica Richards | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| N.D.N.Y. Bar Roll No. 700996 | Bar Number 102297 |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[2] Signed by Jessica Richards with permission via email on May 5, 2022.

Social Security Administration
Office of the General Counsel
J.F.K. Federal Building, Room 625
Boston, MA 02203
(617) 565-1833
jessica.richards@ssa.gov

250 South Clinton St.
Suite 210
Syracuse, NY 13202
(315) 701-5780
holinsky@windisability.com

IT IS SO ORDERED:

Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: _____May 5, 2022_____
Syracuse, NY