UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRI L. TUCKER-WIGHT, | )<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Case No. 5:21-cv-00467-GTS-TWD<br>)<br>) |
| KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY, | )<br>)<br>) *ELECTRONICALLY FILED*<br>) |
| *Defendant*. | ) |

**<u>Consent Order for Payment of Fees under the Equal Access to Justice Act</u>**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of six-thousand seven hundred and thirteen dollars and thirty-eight cents ($6,713.38).

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel. (DN 22-2 at 2).

AND, the Court having reviewed the record in this matter;

IT IS on this   26th   day of   July   , 2022;

ORDERED that Plaintiff be awarded fees and expenses in the amount of $6,713.38 under EAJA, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: July 26, 2022

| Kilolo Kijakazi, | Jerri L. Tucker-Wight, |
|---|---|
| By Her Attorneys, | By Her Attorney, |

Carla B. Freedman,
United States Attorney

| */s/ Jessica Richards* | */s/ Howard D. Olinsky*[1] |
|---|---|
| Jessica Richards | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| N.D.N.Y. Bar Roll No. 700996 | Bar Number 102297 |
| Social Security Administration | 250 South Clinton St. |
| Office of the General Counsel | Suite 210 |
| J.F.K. Federal Building, Room 625 | Syracuse, NY 13202 |
| Boston, MA 02203 | (315) 701-5780 |
| (617) 565-1833 | holinsky@windisability.com |
| jessica.richards@ssa.gov | |

---

[1] Signed by Jessica Richards with permission via email on July 25, 2022.